[Civ. No. 689.  Fourth Appellate District.—October 13, 1932.]

ARTHUR R. STEWART, Appellant, v. WALKER F. MARPLE, Respondent.

No appearance for Appellant.

Walter E. Byrne and Mills, Hunter & Dunn for Respondent.

MARKS, J.—This is a motion to dismiss this appeal. It appears from the certificate of the clerk of the court below that no proceedings are pending for a settlement of a bill of exceptions or a transcript on appeal and that no notice for the preparation of a transcript under the provisions of section 953a of the Code of Civil Procedure has been filed in his office. The statutory time within which a record on appeal may be prepared and filed under either method of appeal in this state has expired. Upon the authority of *Union Trust Co.* v. *Novotny,* 125 Cal. App. 417, 418 [13 Pac. (2d) 974], the motion is granted and the appeal is dismissed.

Barnard, P. J., and Jennings, J., concurred.